Robert Steven Mawhinney
8070 La Jolla Shores Drive, #524
La Jolla, California, 92037
(619)985-3674
Steven24rd@yahoo.com

FILED

15 FEB -9 AM 10: 29

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

DEPUTY

ROBERT STEVEN MAWHINNEY, IN PRO PER

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

ROBERT STEVEN MAWHINNEY,

          Plaintiff,

vs.

AMERICAN AIRLINES, et seq.,

          Defendant.

Case No.: **'15 CV 0259 MMA BLM**

**NOTICE OF PETITION, PETITION TO VACATE AWARD OF THE ARBITRATOR, AND REMAND TO THE AMERICAN ARBITRATION ASSOCIATION**

DATE:
TIME:
DEPT:

Judge:
Dept:
Action Filed:
Trial Date:

**TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

    **PLEASE TAKE NOTICE THAT** Petitioner Robert Steven Mawhinney will and hereby do petition the Court, pursuant to the Federal Arbitration Act, Title 9, United States Code, Section 1 et seq., for an order vacating the "Award of the Arbitrator" dated November 24, 2014, entered in an arbitration proceeding entitled Robert Steven Mawhinney v. American Airlines, et seq., American Arbitration Association (hereinafter, AAA) Case No. 73 166 00371 11 DECR.

- 1 -

1        This petition is made pursuant to the Federal Arbitration Act, on the grounds that American Airlines (hereinafter, AA) and the AAA Arbitrator employed deceit and fraud, partiality on the part of the Arbitrator, as well as the Arbitrator exceeding her powers. 9 U.S.C. § 10 (a)(1, 2, 3, and 4).

      This Petition is based upon the Notice of Petition and Petition, the Memorandum of Points and Authorities, Declaration of Robert Steven Mawhinney, all papers filed in support of the Petition, and such oral and documentary evidence and argument as may be allowed at hearing of this matter.

DATED: February 9, 2015

ROBERT STEVEN MAWHINNEY
In Pro Per